**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| DERRICK GLEN POWE, | Case No. CV 17-04750-AS |
| Petitioner, | |
| v. | **JUDGMENT** |
| STEVE LANGFORD, | |
| Respondent. | |

Pursuant to the "Order Dismissing Petition,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: September 19, 2017

                                        /s/
                           ALKA SAGAR
          UNITED STATES MAGISTRATE JUDGE